ACCEPTED
03-14-00413-CR
3602300
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 1:10:17 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00413-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE THIRD COURT FILED IN<br>3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| VS. | § | OF APPEALS 12/29/2014 1:10:17 PM |
| | § | JEFFREY D. KYLE |
| PRISCILLA AGUILAR HERNANDEZ | § | AUSTIN, TEXAS Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Priscilla Aguilar Hernandez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.	This case is on appeal from the 452nd Judicial District Court of McCulloch County, Texas.

2.	The case below was styled the STATE OF TEXAS vs. PRISCILLA AGUILAR HERNANDEZ, and numbered 5797.

3.	Appellant was convicted of homicide.

4.	Appellant was assessed a sentence of thirty (30) years on May 22, 2014.

5.	Notice of appeal was given on June 25, 2014.

6.	The clerk's record was filed on July 16, 2014; the reporter's record was filed on August 21, 2014.

7.	The appellate brief is presently due on December 16, 2014.

8.	Appellant requests an extension of time of 8 days from the present date, i.e. December 24, 2014.

9.	Three extensions to file the brief have been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Undersigned counsel had mistakenly calendared the due date for Appellant's Brief 30 days from the previous due date, which was December 24, 2014. Undersigned counsel filed Appellant's Brief on this date with the understanding that that was the proper due date. It was not until the matter was brought to the attention of undersigned counsel by this Court, that undersigned counsel realized this error.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

M. Patrick Maguire, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594

By: _____
M. Patrick Maguire
State Bar No. 24002515

Attorney for Appellant
Priscilla Aguilar Hernandez

## CERTIFICATE OF SERVICE

This is to certify that on December 29, 2014, a true and correct copy of the above and foregoing document was served on the 452nd District Attorney, Tonya Spaeth Ahlschwede, by facsimile transmission to (325) 347-8404 Fax.

M. Patrick Maguire

**STATE OF TEXAS**      §
                        §
**COUNTY OF KERR**      §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared M. Patrick Maguire, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



M. Patrick Maguire
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _Dec 29_, 2014, to certify which witness my hand and seal of office.

Notary Public, State of Texas

NOTARY PUBLIC ... ICHEN HENNEKE
... ission Expires
... 2015